ACCEPTED
06-14-00174-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
6/15/2015 4:46:36 PM
DEBBIE AUTREY
CLERK

NO. 06-14-00174-CR

| | | |
|---|---|---|
| RODERICK BEHAM, | § | ON APPEAL FROM THE |
| Appellant | § | FILED IN<br>6th COURT OF APPEALS<br>TEXARKANA, TEXAS |
| | § | 5th JUDICIAL DISTRICT |
| VS. | § | 6/15/2015 4:46:36 PM<br>DEBBIE AUTREY<br>Clerk |
| | § | |
| STATE OF TEXAS, | § | COURT OF BOWIE COUNY |
| Appellee | § | TEXAS |

## MOTION TO EXTEND TIME FOR FILING STATE'S BRIEF

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the State of Texas by and through her below named Criminal District Attorney and pursuant to Texas Rules of Appellate Procedure and hereby requests a thirty (30) day extension of the time period for the filing of the State's Brief and in support of the same should show the Court as follows:

I.

1. This case is pending from the 5TH Judicial District of Bowie County, Texas.

2. The case is styled State of Texas v. Roderick Beham, Cause No. 14F0004-005.

3. Appellant was found guilty to the offense of Aggravated Robbery and sentenced to twenty-five (25) years in the Institutional Division of the Texas Department of Criminal Justice.

5. Appellant's Brief was filed on , May 15, 2015 making the State's Brief originally due on or about June 15, 1015.

6. The State not previously requested an extension of time for filing a brief.

7. The Brief was not timely prepared in this matter due to the press of the business, both trial and appellate. Said business includes, but is not limited to, the following since Appellant's brief was filed:

- Preparation for the trial and pre-indictment dockets for the 5th District Court on May 18, 2015.

- Pre-trial conferences and trial preparation for the State of Texas v. Antonio Moore, 14F0611-102, Felony Murder and 14F0612-102, Intoxication Assault. The trial was May 19-21, 2015.

- Preparation and attendance at the Grand Jury Proceedings on May 28, 2015.

- Preparation for the trial and pre-indictment dockets for the 202nd District Court on May 22, 2015.

- Preparation for the trial and pre-trial indictment dockets for the 5th District Court on June 1, 2015.

- Preparation and attendance at oral arguments before this Court in Justin Sander v. State of Texas, 06-14-00079-CR which was on June 3, 2014.

- Preparation of the State's brief in Kevin Fahrni v. State of Texas, 06-14-00148-CR, which is due on June 17, 2015 and in which the State has already had to request a motion for extension to file its brief.

- Preparation for the pre-trial docket in the 5th District Court on June 15, 2015.

- In addition to the aforementioned work matters, the attorney for the State handling this appeal was out of the country on vacation from June 4-13, 2015.

II.

The State's attorney has been diligent in pursuing this appeal and is not seeking this extension for the purpose of delay.

## **PRAYER**

WHEREFORE, on the bases of Rule 73 of the Texas Rules of Appellate Procedure, the State respectfully requests this Court to grant the Motion for Extension of Time for the filing of the State's Brief.

Respectfully submitted,

\_\_/s/ Lauren N. Sutton_____
LAUREN N. SUTTON
Texas Bar No. 24079421
601 Main Street
Texarkana, TX 75501

ASSISTANT DISTRICT
ATTORNEY

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing Motion to

Extend Time for Filing State's Brief was forwarded to Mr, Alwin Smith, counsel

for Appellant, on this the 15th day of May, 2015.

__/s/ Lauren N. Sutton_____
LAUREN N. SUTTON